IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

**PHILLIP S. MURRY and**
**LORI S. MURRY**                                                                                       **PLAINTIFFS**

**VS.**                                                         **CIVIL ACTION NO. 2:09-cv-00185-KS-MTP**

**COUNTRYWIDE HOME LOANS INC.**                                                       **DEFENDANT**

## NOTICE OF SERVICE

TO:  All Counsel of Record

Please take notice that the undersigned has caused to be served pursuant to the Federal Rules of Civil Procedure the following:

**Plaintiffs' First Set of Requests for Production of Documents to Defendant Countrywide.**

The undersigned retains the original of the above paper as custodian thereof pursuant to the Federal Rules of Civil Procedure.

This, the 16th day of February, 2010.

                                                       Respectfully submitted,

                                    BY:  */s/ David M. Ott*_____
                                               DAVID M. OTT, MSB# 3948
                                               BRAD A. TOUCHSTONE, MSB# 103271

OF COUNSEL:

BRYAN NELSON P.A.
6524 U.S. Highway 98
P. O. Box 18109
Hattiesburg, MS 39404-8109
Phone: 601-261-4100
Fax:    601-261-4106

## CERTIFICATE OF SERVICE

I hereby certify that on this day, a copy of the foregoing **Notice of Service** was electronically filed and sent to all parties by operation of the Court's electronic filing system. Parties may access this Notice through the Court's system.

G. Dewey Hembree, III, Esq.
McGlinchey & Stafford
P. O. Drawer 22949
Jackson, MS  39225

This, the 16th day of February, 2010.

                                                      */s/ David M. Ott*
                                                      OF COUNSEL